IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUBELO ESTRADA,

    Petitioner,           No. CIV S-11-2783 GGH P

  vs.

MICHAEL BABCOCK,

    Respondent.        ORDER

_____/

        Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus purportedly pursuant to 28 U.S.C. § 2241. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

/////

1

1 |       2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: November 17, 2011

                                            /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE

GGH:md
estr2783.101a